E. Taylor & Co. against John H. Fitzpatrick. No opinion. Application granted. Order signed. See, also, 135 N. Y. Supp. 1092.

HEYMAN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by George Heyman against the New York Central & Hudson River Railroad Company. No opinion. Order setting aside verdict unanimously affirmed, with costs. Order denying motion for rehearing affirmed, with $10 costs.

HIRSCHBERG, Respondent, v. KRUGER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Henry Hirschberg against John L. Kruger. No opinion. Judgment and order affirmed, with costs. See, also, 150 App. Div. 911, 135 N. Y. Supp. 1117.

HITCHCOCK, Respondent, v. CAFÉ RAUB, Inc., Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Samuel M. Hitchcock against the Café Raub, Incorporated. A. C. Cass, of New York City, for appellant. M. M. Goldsmith, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HITCHINGS v. BARR et al. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Hector M. Hitchings against Henry Barr and others. (Actions Nos. 1 and 2.) No opinion. Motions denied, upon condition that appellant perfect her appeal, pay $10 costs, place the cases on the next calendar, and be ready for argument when reached; otherwise, motions granted, with $10 costs.

In re HOAGLAND. (Supreme Court, Appellate Division, First Department. December 13, 1912.) In the matter of Hudson Hoagland deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 135 App. Div. 922, 120 N. Y. Supp. 1128.

HOBBS, Respondent, v. HOBBS, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Actions by Madeline J. Hobbs against R. A. Mansfield Hobbs. No opinion. Orders affirmed, with $10 costs and disbursements.

HODGES, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Delia T. Hodges against the Long Island Railroad Company. M. J. Keany, of New York City, for appellant. J. R. Jones, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to

abide event, on the ground that the finding of the jury that the defendant was negligent is against the weight of evidence. Settle order on notice.

HOFFMAN v. FROMA REALTY CO. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Sol. Hoffman against the Froma Realty Company. No opinion. Motion denied, with $10 costs. Order filed.

HOLBROOK v. KENNEDY. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Francis R. Holbrook against Arthur Kennedy. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

HOLDEN, Respondent, v. CROLLY et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by S. Hamblen Holden against Theresa Crolly and others. No opinion. Motion for reargument (of 138 N. Y. Supp. 23) denied, without costs.

HOLLINGSHEAD v. GRAND TRUNK RY. CO. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by Herbert Hollingshead against the Grand Trunk Railway Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

HOOPS, Appellant, v. HARDEN, Respondent. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Maud A. Hoops against Percival L. Harden. G. Thoms, of New York City, for appellant. I. N. Jacobson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HORN, Respondent, v. HORN, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by William C. Horn against Kathleen Horn. J. W. Osborne, of New York City, for appellant. J. F. McIntyre, of New York City, for respondent. No opinion. Judgment affirmed. Order filed. See, also, 73 Misc. Rep. 14, 130 N. Y. Supp. 591.

HORTON et al. v. THOMAS McNALLY CO. GEORGIA–FLORIDA LUMBER CO. v. SAME. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Actions by Chauncey S. Horton and others and by the Georgia–Florida Lumber Company against the Thomas McNally Company. No opinions. Motions granted, and cases placed at the foot of the present calendar. See, also, 137 N. Y. Supp. 1123.